UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JENARO D. HERNANDEZ,

         Petitioner,

v.

JASON BENNETT,

         Respondent.

Case No. 2:24-cv-00982-JHC-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation (R&R) of Magistrate Judge Theresa L. Fricke, Dkt. # 9, and the remaining record, does hereby ORDER:

(1) As explained in the R&R, the Court concluded that the petition was seeking relief under 28 U.S.C. § 2254 and was not exhausted. The Court thus ordered Petitioner to show cause why the petition should not be dismissed. Petitioner failed to respond. Petitioner has not filed a timely objection to the R&R. The Court agrees with the R&R and adopts it.

(2) Petitioner's federal *habeas corpus* petition, and this matter, is DISMISSED without prejudice.

(3) Petitioner's motion to proceed IFP (Dkt. 1), as well as his "proposed motion requesting discovery" (Dkt. 3), "proposed request for records pursuant to 28 U.S.C. 2250" (Dkt. 4), "proposed motion for order response" (Dkt. 5), and

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

"proposed motion requesting production of the record" (Dkt. 6) are DENIED as moot.

(4)  A certificate of appealability is DENIED.

(5)  The Clerk is directed to send copies of this order to petitioner and to the Hon. Theresa L. Fricke.

Dated this 20th day of September, 2024.

_____
John H. Chun
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2